USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/27/2020

# ALLEN C. FRANKEL
ATTORNEY AT LAW

**MEMO ENDORSED**

February 26, 2020

*VIA ECF*
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: FPM-Florida Property Management LLC V. Eric S. Brown *et al*. 1:19-cv-07129-LLS (KHP)

Dear Judge Parker:

The above-referenced matter is scheduled for a settlement conference before the Court on March 4, 2020, with settlement conference summaries due today. The parties have come to an understanding of settlement and request additional time to finalize the specific terms of their agreement. Accordingly, with the parties' consent, we respectfully request that the settlement conference be adjourned for two weeks or such further date as the Court may deem fit.

**In light of the parties' representation that they have settled this matter, the Settlement Conference previously scheduled for Wednesday, March 4, 2020 at 2:00 p.m. is hereby adjourned sine die.**

SO ORDERED:
*/s/ Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
02/27/2020

Respectfully submitted,

/s

Allen C. Frankel
Attorney for *David Adam Kaplan; David A. Kaplan, Esq., Attorney & Consultant, P.C.*

cc: *All Parties via ECF*