USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/06/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FPM – FLORIDA PROPERTY MANAGEMENT LLC,

                          Plaintiff,

              -against-

ERIC S. BROWN; IAN D. BROWN; PARK PRO SYSTEMS LLC; EAST HARLEM 119 CORP.; BESC REALTY COMPANY, LLC; MAINLINE NYC CORP.; DAVID ADAM KAPLAN; and DAVID A. KAPLAN, ESQ., ATTORNEY & CONSULTANT, P.C.,

Defendants.

----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

19-CV-7129 (LLS)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The settlement conference scheduled for April 7, 2020 is adjourned to **June 8, 2020 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **June 1, 2020 by 5:00 p.m.**

     SO ORDERED.

Dated: April 6, 2020
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge