USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/02/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FPM – FLORIDA PROPERTY MANAGEMENT LLC,

                Plaintiff,

    -against-

ERIC S. BROWN; IAN D. BROWN; PARK PRO SYSTEMS LLC; EAST HARLEM 119 CORP.; BESC REALTY COMPANY, LLC; MAINLINE NYC CORP.; DAVID ADAM KAPLAN; and DAVID A. KAPLAN, ESQ., ATTORNEY & CONSULTANT, P.C.,

                Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

19-CV-7129 (LLS)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A telephonic Settlement Status Conference in this matter is hereby scheduled for **Thursday, January 27, 2022 at 12:30 p.m.**  Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

SO ORDERED.

Dated: December 2, 2021
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge